UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

PARK AVE. PODIATRIC CARE,                         :        **ORDER DISMISSING CASE**
                                        Plaintiff,        :
                                                          :        22 Civ. 10312 (AKH)
        -against-                                         :
                                                          :
                                                          :
                                                          :
CIGNA HEALTH AND LIFE INS. CO.,                    :
                                       Defendant.         :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On March 13, 2023, I granted Defendant's motion to dismiss since Plaintiff's claims

were preempted by ERISA, and ordered that "[f]ailing to replead timely will be basis for

dismissal of the action." ECF No. 19. On August 15, 2023, Plaintiffs "respectfully decline[d]

the invitation to file an Amended Complaint to assert a claim for benefits under" ERISA. ECF

No. 33. And on June 26, 2024, the mandate of the Second Circuit issued, affirmed my decision

dismissing Plaintiff's Complaint.

      Accordingly, the Clerk of Court is respectfully directed to close this case.

      SO ORDERED.

Dated:    June 26, 2025
        New York, New York

                                 ALVIN K. HELLERSTEIN
                                 United States District Judge